■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

TROY A. WILCOX, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Turner, J.), rendered December 20, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Suitte,* 90 AD2d 80; CPL 400.15 [3], [4]). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.